No. 74–1481. American Motorists Insurance Co. v. Starnes. Appeal from Ct. Civ. App. Tex., 10th Sup. Jud. Dist. Probable jurisdiction noted.

No. 74–1607. Hughes, Secretary of Transportation of Maryland, et al. v. Alexandria Scrap Corp. Appeal from D. C. Md. Probable jurisdiction noted.

No. 74–1151. Planned Parenthood of Central Missouri et al. v. Danforth, Attorney General of Missouri, et al.; and

No. 74–1419. Danforth, Attorney General of Missouri v. Planned Parenthood of 'Central Missouri et al. Appeals from D. C. E. D. Mo. Probable jurisdiction noted. Cases consolidated and a total of one hour allotted for oral argument. Reported below: 392 F.. Supp. 1362.

No. 74–1656. Moe, Sheriff, et al. v. Confederated Salish and Kootenai Tribes of the Flathead Reservation et al.; and

No. 75–50. Confederated Salish and Kootenai Tribes of the Flathead Reservation et al. v. Moe, Sheriff, et al. Appeals from D. C. Mont. Probable jurisdiction noted. Cases consolidated and a total of one hour allotted for oral argument. Reported below: 392 F. Supp. 1297 and 1325.

No. 75–88. Mathews, Secretary of Health, Education, and Welfare v. Lucas et al. Appeal from D. C. R. I. Motion of appellees for leave to proceed in forma pauperis granted. Probable jurisdiction noted and case set for oral argument with No. 74–6212, Norton v. Mathews [probable jurisdiction noted, sub nom. Norton v. Weinberger, 422 U. S. 1054].